IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:22-CV-1953-DMC<br><br><br>ORDER |

       Plaintiff brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is Plaintiff's motion, ECF No. 10, for the appointment of counsel.

       The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent plaintiffs in civil actions. See e.g. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). Plaintiff states that he is indigent and cannot afford counsel. In the present case, the Court does not at this time find Plaintiff has established the required exceptional circumstances.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for the appointment of counsel, ECF No. 10, is denied.

2. The Court sua sponte extends the deadline for Plaintiff to file his dispositive motion to 60 days from the date of this order.

3. The remainder of the Court's initial scheduling order is modified consistent with this new deadline.

Dated: April 25, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE