IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No.  2:22-CV-1953-DMC<br><br><br>ORDER |

Plaintiff brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  Pending before the Court is Plaintiff's counsel's motion to withdraw.  See ECF No. 9.

It appears that, at the time the complaint was filed, Plaintiff was homeless.  According to moving counsel, Homeless Action Center, whose offices are located in Berkeley, California, they accepted representation when Plaintiff was located in Alameda County.  Counsel subsequently learned that Plaintiff relocated to Sacramento, California.  Counsel now seeks to withdraw on the basis that they are funded to represent indigent litigants in Alameda County and do not have the capacity to pursue cases for litigants outside Alameda County.  Counsel has referred Plaintiff to various Sacramento County agencies and organizations which might be able to provide him representation.  Counsel has also filed motions for leave to proceed in forma

1

pauperis and appointment of pro bono counsel, which are addressed separately.  Good cause appearing therefor, the Court will grant counsel's motion to withdraw.

    Accordingly, IT IS HEREBY ORDERED as follows:

    1. Plaintiff's counsel's motion to withdraw, ECF No. 9, is granted.

    2. The Clerk of the Court is directed to update the docket to reflect that Plaintiff is proceeding pro se.

    3. The Clerk of the Court is further directed to update the docket reflect Plaintiff's address as indicated below and to serve a copy of this order on Plaintiff at this address:

    2469 57th Avenue, Apt. A
    Sacramento, CA 95822

Dated:  April 25, 2023

              _____
              DENNIS M. COTA
              UNITED STATES MAGISTRATE JUDGE